**No. 24-5119**  **September Term, 2024**
FILED ON: JULY 22, 2025

SETH HETTENA,
   APPELLANT

v.

CENTRAL INTELLIGENCE AGENCY,
   APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00877)

Before: PILLARD and GARCIA, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be vacated as to the district court's grant of summary judgment to the CIA on the applicability of Exemption 1 and Exemption 3 to all of the redactions made to the record at issue, and on the absence of official acknowledgment as to all of the contents of the redactions made to the record at issue; and that the case be remanded for further development of the record or consideration of the other arguments raised by the CIA, in accordance with the forthcoming opinion of the court.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY: /s/

          Daniel J. Reidy
          Deputy Clerk

Date: July 22, 2025

Opinion for the court filed by Circuit Judge Garcia.