# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

| | |
|---|---|
| **No. 24-5119** | **September Term, 2024** |
| | 1:22-cv-00877-JEB |
| | **Filed On:** July 22, 2025 |

Seth Hettena,

      Appellant

      v.

Central Intelligence Agency,

      Appellee

      **BEFORE:**    Pillard and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

      Attached hereto is the opinion in the above-titled case. The court believes that there is nothing that is classified in the opinion and that all descriptions of facts and events can be found in unclassified or declassified documents and briefs that are part of the public record in this case. Any classified information is discussed only in the ex parte addendum to the opinion, which will remain classified and redacted from public release. Accordingly, the court's view is that the opinion should be released as is, without redactions. Upon consideration of the foregoing, it is

      **ORDERED** that appellee show cause, no later than 4:00 p.m. on Tuesday, July 29, 2025, why any portion of the opinion should be redacted from public release. Appellee's response to this order must specify which passages, if any, should be redacted, and must specifically state why the specified passages are classified notwithstanding their public sources. The response must be delivered in accordance with the procedures for handling classified materials. Appellant should not file a submission unless the court so orders. It is

      **FURTHER ORDERED** that the attached opinion, in its entirety, be treated as if it were classified at the appropriate level pending further order of the court. In addition, no person may disclose, receive, or use the opinion, or this order, for any purpose other than that of responding to this order. Appellee may share the court's opinion with supervisory officials within the Executive Branch of the United States Government whom counsel have an obligation to inform, so long as those government officials are authorized to receive classified information, have a "need to know" that information, and will treat the opinion as classified.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk